(134 So. 927)

## T. C. WILSON v. STATE.
### 6 Div. 883.

Court of Appeals of Alabama.
May 19, 1931.

SAMFORD, J.

We have examined each exception reserved on the trial. There is no error prejudicial to the defendant's rights in any of these rulings. The record presents a simple charge of burglary with circumstantial evidence connecting the defendant with its commission. The facts were properly submitted to a jury.

There is no error in the record, and the judgment is affirmed.

Affirmed.

(138 So. 927)

## J. Estes WILSON v. STATE.
### 6 Div. 208.

Court of Appeals of Alabama.
Dec. 15, 1931.

SAMFORD, J.
Appeal dismissed.

(138 So. 927)

## J. Estes WILSON v. STATE.
### 6 Div. 209.

Court of Appeals of Alabama.
Dec. 15, 1931.

RICE, J.
Appeal dismissed.

(131 So. 928)

## Wallace WILSON v. STATE.
### 6 Div. 950.

Court of Appeals of Alabama.
Dec. 16, 1930.

RICE, J.
Affirmed.

(134 So. 927)

## Gerald WINDHAM v. STATE.
### 4 Div. 795.

Court of Appeals of Alabama.
April 21, 1931.

BRICKEN, P. J.
Affirmed.

(132 So. 927)

## William WOOD v. STATE.
### 2 Div. 450.

Court of Appeals of Alabama.
March 24, 1931.

SAMFORD, J.
Appeal dismissed.

(133 So. 927)

## Charlie L. WOODALL v. STATE.
### 4 Div. 632.

Court of Appeals of Alabama.
April 7, 1931.

RICE, J.
Affirmed.